ACCEPTED
03-14-00197-CV
4171968
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 10:51:13 AM
JEFFREY D. KYLE
CLERK



Rance Craft
Assistant Solicitor General

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 10:51:13 AM
JEFFREY D. KYLE
Clerk

(512) 936-2872
rance.craft@texasattorneygeneral.gov

February 17, 2015

**VIA ELECTRONIC FILING**

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> Re:     *Graphic Packaging Corp. v. Hegar*
>          No. 03-14-00197-CV

Dear Mr. Kyle:

I will be on vacation April 18-25, 2015, and respectfully request that the above-referenced matter not be calendared for oral argument during that period.

Sincerely,

/s/ Rance Craft

Rance Craft
Texas Bar No. 24035655

*Lead Counsel for Appellees*

RLC/vlc

cc:     James F. Martens (via File & Serve Xpress)
        Amanda G. Taylor (via File & Serve Xpress)
        Amy L. Silverstein (via File & Serve Xpress)